Mark G. Tratos (Bar No. 1086)
Tyler R. Andrews (Bar No. 9499)
Shauna L. Welsh (Bar No. 11320)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   tratosm@gtlaw.com
         andrewst@gtlaw.com
         welshs@gtlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.P.L. ENTERPRISES, INC. D/B/A AIR-CARE,<br><br>Plaintiff,<br><br>v.<br><br>GREEN AIR DIRECT., INC.,<br><br>Defendant. | Case No. 2:10-cv-01241-JCM-RJJ<br><br>**ORDER GRANTING PLAINTIFF D.P.L. ENTERPRISES, INC. D/B/A AIR-CARE'S MOTION FOR ENFORCEMENT OF DEFAULT JUDGMENT UNDER FRCP 70 AND FOR TURNOVER OF DEFENDANT'S DOMAIN NAME** |

This Court having read and considered the Motion for Enforcement of Default Judgment Under FRCP 70 and for Turnover of Defendant's Domain Name filed by Plaintiff D.P.L. Enterprises, Inc. d/b/a Air-Care ("Plaintiff"), and noting that no opposition having been filed, and with good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enforcement of Default Judgment Under FRCP 70 and for Turnover of Defendant's Domain Name is GRANTED.

IT IS FURTHER ORDERED that Defendant is hereby divested of all right, title and interest in and to the infringing domain name <www.greenairdirect.com>.

IT IS FURTHER ORDERED that the infringing domain <www.greenairdirect.com> be transferred to Plaintiff as the new owner.  The domain name registry, Verisign, Inc., the domain

*419,784,723v1 LV*

name registrar, GoDaddy.com, LLC, and any other entity or individual with the authority and ability to affect this transfer, shall fully cooperate in the transfer of the infringing domain name <www.greenairdirect.com> to Plaintiff D.P.L. Enterprises, Inc.

**IT IS SO ORDERED.**

DATED June 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

GREENBERG TRAURIG, LLP

  /s/ Shauna L. Welsh
Mark G. Tratos (Bar No. 1086)
Tyler R. Andrews (Bar No. 9499)
Shauna L. Welsh (Bar No. 11320)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

419,784,723v1 LV